UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRONE D. MARTIN, | ) | NO. CV 08-02881 PA (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| ROBERT F. WONG, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Denying Ex Parte Motion for Extension of Time to File Habeas Petition and Dismissing Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 8, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE